# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEPHANIE COFFEY,**
Appellant,

v.

**WILLIE R. PYFROM, ESTELLA M. PYFROM** and
**DEPOSITOR'S INSURANCE COMPANY,**
Appellees.

No. 4D18-3183

[May 30, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 2013CA017407XXXXAO.

Jerry K. McKim of Wyland & Tadros, LLP, West Palm Beach, for appellant.

Tracy Raffles Gunn of Gunn Appellate Practice, P.A., Tampa, for appellees Willie R. Pyfrom and Estella M. Pyfrom.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***